CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Eduardo Patricio Quintero-Vargas**<br>YOB: 1974; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-00693 MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 19, 2019, at or near Nogales, in the District of Arizona, **Eduardo Patricio Quintero-Vargas**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on May 11, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Eduardo Patricio Quintero-Vargas** is a citizen of Mexico. On May 11, 2017, **Eduardo Patricio Quintero-Vargas** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On August 19, 2019, agents found **Eduardo Patricio Quintero-Vargas** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Eduardo Patricio Quintero-Vargas** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/JJO<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 20, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54